UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:10-cr-20767-JLK-4/Becerra

UNITED STATES OF AMERICA,

v.

MARGARITA ACEVEDO,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR HEARING**

THIS CAUSE is before the Court on the October 15, 2021 Report and Recommendation ("R&R") (DE 599) of Magistrate Judge Jacqueline Becerra. No objections were filed and the time to do so has passed.

The R&R recommends denying Defendant's Motion for Hearing (DE 594). Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 599)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court; and

2. Defendant's Motion for Hearing **(DE 594)** is hereby **DENIED.**

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of November, 2021.

_____
**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**

cc:    **Magistrate Judge Jacqueline Becerra**
        **All counsel of record**
        **Margarita Acevedo,** *pro se*